NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD E. ESCUDERO,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3020

---

Petition for review of the Merit Systems Protection Board in case no. DA0752100118-I-1.

---

## ON MOTION

---

## ORDER

Edward E. Escudero moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

JAN 19 2011
_____
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Edward E. Escudero
     Sara B. Rearden, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 19 2011

JAN HORBALY
CLERK